IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00313-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LANCE DERRIN REDFEATHER-BOND,

    Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a supervised release violation hearing regarding Defendant Redfeather-Bond is set **Monday, November 21, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: September 14, 2011